UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM LANIER,<br><br>           Plaintiff,<br><br>     v.<br><br>J. DOERER,<br><br>           Defendant. | No.  1:24-cv-01178 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE SIX-MONTH INMATE TRUST ACCOUNT STATEMENT WITH COURT<br><br>See 28 U.S.C. § 1915(a)(2)<br><br>PLAINTIFF'S INMATE TRUST ACCOUNT STATEMENT DUE IN THIRTY DAYS |

Plaintiff, a federal inmate proceeding pro se, has filed a civil rights action, as well as a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  ECF Nos. 1, 5. Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

Federal law requires that incarcerated individuals who wish to proceed in forma pauperis in a civil rights action do two things:  (1) file an application to proceed in forma pauperis, and (2) file a prison trust fund account statement that reflects the inmate's trust fund account activity over the past six months.  See 28 U.S.C. § 1915(a)(1)-(2).  It is only when both have been filed by a plaintiff that a court should consider an application to proceed in forma pauperis.  See id.

Plaintiff will be provided the opportunity to submit a certified copy of his inmate trust account statement.  He will be given thirty days to do so.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, Plaintiff shall submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this action be dismissed without prejudice.**

IT IS SO ORDERED.

Dated:   **November 20, 2024**               /s/ Gary S. Austin
                                            UNITED STATES MAGISTRATE JUDGE